UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAURY SALVADOR,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>DHS, et al.,<br><br>　　　　　Respondents. | Case No. 5:19-cv-0885-ODW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge (Dkt. 7, "Report"). The deadline for filing Objections to the Report has passed and Petitioner has not filed any response to the Report.

Having completed its review, the Court accepts the findings, analysis, and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is denied without prejudice; and (2) Judgment shall be entered dismissing this action without prejudice.

DATE: _January 13, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE