1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAURY SALVADOR, | Case No. 5:19-cv-01885-ODW (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| DHS, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: January 13, 2020 _____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE